```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                   CASE NO. 05 B 36828
   BRIAN C PATTERSON
                                         CHAPTER 13

                                         JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-9884

------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 09/12/2005 and was confirmed 10/27/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 12/05/2007.
------------------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------------
AMERICREDIT FINANCIAL SV SECURED          7975.00         2622.56        2475.04
AMERICREDIT FINANCIAL SV SPECIAL CLASS     262.62            .00            .00
CAPITAL ONE AUTO FINANCE SECURED         14740.00         2249.64        5265.40
CAPITAL ONE AUTO FINANCE UNSECURED         502.44            .00            .00
LONG BEACH MORTGAGE CO   CURRENT MORTG       .00             .00            .00
LONG BEACH MORTGAGE CO   MORTGAGE ARRE    1007.24            .00         1007.24
ILLINOIS DEPT OF REVENUE PRIORITY        NOT FILED           .00            .00
AT&T CINGULAR WIRELESS   UNSECURED        1193.32            .00            .00
COMED                    UNSECURED       NOT FILED           .00            .00
GREAT AMERICAN FINANCE   UNSECURED         198.40            .00            .00
IL DEPT OF EMPLOYMENT SE UNSECURED        8917.78            .00            .00
NICOR GAS                UNSECURED         757.59            .00            .00
SALLIE MAE INC           UNSECURED       40482.30            .00            .00
VILLAGE OF MATTESON      UNSECURED       NOT FILED           .00            .00
GREAT AMERICAN FINANCE   SECURED          1200.00         135.42          451.96
GMAC MORTGAGE            CURRENT MORTG       .00             .00            .00
GMAC MORTGAGE            MORTGAGE ARRE    1160.07            .00          489.75
DAVID M SIEGEL           DEBTOR ATTY     2,700.00                       2,700.00
TOM VAUGHN               TRUSTEE                                        1,023.69
DEBTOR REFUND            REFUND                                             .00

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                    RECEIPTS         DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE             18,420.70

PRIORITY                                       .00
SECURED                                   9,689.39
   INTEREST                               5,007.62
UNSECURED                                      .00
ADMINISTRATIVE                            2,700.00

                PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 05 B 36828 BRIAN C PATTERSON
```

```
TRUSTEE COMPENSATION                                        1,023.69
DEBTOR REFUND                                                    .00
                                        ----------------   ----------------
TOTALS                                         18,420.70          18,420.70
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


```
                                    /s/ Tom Vaughn
   Dated: 03/26/08                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```

                                PAGE   2
              CASE NO. 05 B 36828 BRIAN C PATTERSON